■ In the Matter of DWIGHT VAUGHN, Petitioner, v ROBERT F. CUNNINGHAM, as Superintendent of Woodbourne Correctional Facility, Respondent. [26 NYS3d 487]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent finding petitioner guilty of violating certain prison disciplinary rules.

Petitioner, a prison inmate, commenced this CPLR article 78 proceeding to challenge a tier II disciplinary determination finding him guilty of making false statements and interfering with an employee. The Attorney General has informed this Court that the determination has been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the mandatory $5 sur-

charge has been refunded to petitioner's inmate account. In view of this, and given that petitioner has received all the relief to which he is entitled, this matter has been rendered moot and must be dismissed (*see Matter of Jackson v Prack*, 131 AD3d 1321, 1321 [2015]).

Garry, J.P., Egan Jr., Rose and Clark, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.